UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
IN RE THE APPLICATION OF SEAWOLF
TANKERS INC. AND HEIDMAR INC.,

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

---------------------------------------------------------- X

Civil Case No.:  20-Misc.\_\_\_\_\_

**DECLARATION OF CLAYTON J. VIGNOCCHI IN SUPPORT OF**
***EX PARTE* APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, Clayton J. Vignocchi, declare as follows:

1. I am a member of the law firm of Holland & Knight LLP, counsel for Seawolf Tankers Inc. ("Seawolf") and Heidmar Inc. ("Heidmar") (Seawolf and Heidmar, collectively "Applicants"), and am duly admitted to practice before the United States District Court for the District of Connecticut.

2. I respectfully submit this declaration in support of Applicants' application for discovery pursuant to 28 U.S.C. § 1782.

3. The statements made in this declaration are based upon my personal knowledge, including information provided to me by Applicants and my instructing foreign counsel.

4. I have reviewed the Declaration of James Power, dated August 24, 2020.  To the best of my knowledge, information, and belief, based upon my investigation of the facts surrounding this dispute and the entities and individuals, the information contained in Paragraphs four through fifty-six of the Power Declaration accurately reflect the underlying dispute, issues, and parties relevant to Applicants' application for discovery pursuant to 28 U.S.C. § 1782.

5.     Attached hereto as Vignocchi Exhibit 1 is a true and correct copy of an Application for Certificate of Authority, dated May 18, 2010, received from the Connecticut Secretary of State indicating that Ridgebury Tankers Ltd. filed for registration in Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           August 24, 2020

                                        Respectfully Submitted,

                                    By: *[signature]*
                                        Clayton J. Vignocchi

#77962152_v1