# EXHIBIT 1

FILING #0004167439 PG  01 OF  03 VOL B-01407
FILED 05/18/2010 04:16 PM PAGE  01152
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

# APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOREIGN CORPORATION
Office of the Secretary of the State

**MAILING ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
P.O. Box 150470
Hartford, CT 06115-0470
860-509-6003

**DELIVERY ADDRESS:**
Commercial Recording Division
Connecticut Secretary of the State
30 Trinity Street
Hartford, CT 06106
860-509-6003

FEE: Stock $385.00 (INCLUDES $285.00 LICENSE FEE)
Non-Stock $40.00

Make Checks Payable To "Secretary of the State"

Space For Office Use Only

Please contact the Department of Revenue Services or your tax advisor as to any potential tax liability relating to your business.

**1. NAME OF CORPORATION IN ITS STATE OR COUNTRY OF FORMATION:**
Ridgebury Tankers Ltd

**2. THE CORPORATION'S NAME IS NOT AVAILABLE FOR USE IN CONNECTICUT. THE CORPORATION SHALL, THEREFORE, TRANSACT BUSINESS IN CONNECTICUT UNDER THE FOLLOWING NAME:**
(Complete only if the name of the corporation is not available for use in Connecticut)

**3. CHECK EITHER A OR B**
✓ A. The corporation is organized for profit.   ___ B. The corporation is nonprofit.

**4. STATE/COUNTRY OF INCORPORATION:** The Republic of the Marshall Islands
**5. DATE OF INCORPORATION:** February 22, 2010

**6. DURATION: (CHECK ONE)** ✓ PERPETUAL  ___ OTHER (SPECIFY)_____

**7. DATE CORPORATION BEGAN TRANSACTING BUSINESS/CONDUCTING AFFAIRS IN CONNECTICUT:**
05 / 21 / 2010
MONTH  DAY  YEAR

**8. PRINCIPAL OFFICE ADDRESS OF THE CORPORATION:**
One Atlantic Street, 7th Floor
Stamford, CT 06901

**9. MAILING ADDRESS OF THE CORPORATION:**
One Atlantic Street, 7th Floor
Stamford, CT 06901

**10. OFFICERS**

| NAME | TITLE | RESIDENCE ADDRESS | BUSINESS ADDRESS |
|---|---|---|---|
| Robert P. Burke | Chief Executive Officer, President, Chairman | 625 Ridgebury Rd, Ridgefield, CT 06877 | One Atlantic Street, 7th Floor, Stamford, CT 06901 |
| Kevin M. Bavolac | Chief Financial Officer | 880 Greenway Road, Orange, CT 06477 | One Atlantic Street, 7th Floor, Stamford, CT 06901 |

Note: If additional space is needed, please reference an 8 1/2 X 11 attachment

R:\CommercialRecording\CRD WEB FORMS\docs\app for cert of auth - foreign corp.DOC

PAGE 03/04

05/18/2010 14:18 8   J

FILING #0004167439 PG 02 OF 03 VOL B-01407
FILED 05/18/2010 04:16 PM PAGE 01153
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

Space for Office Use Only

### 11. DIRECTORS

| NAME | RESIDENCE ADDRESS | BUSINESS ADDRESS |
|---|---|---|
| Robert L. Lewis | 400 West Mountain Road Ridgefield, CT 06877 | None |
| Christopher J. McGrath | 60 Glenwood Avenue Point Lookout, NY 11569 | 40 Fulton Street New York, NY 10038 |
| Douglas E. Schimmel | 65 Autumn Ridge Road Pound Ridge, NY 10576 | 711 5th Avenue, 15th Floor New York, NY 10022 |
| Kevin M. Kennedy | 4300 North Ocean Blvd. Unit 12A Fort Lauderdale, FL 33308 | Synergy Marine Ltd, 5th Floor Lapithion Tower 5 Deligiorgi Street Nicosia, 1066, Cyprus |

### 12. Appointment of Registered Agent for Service of Process
(Check A or complete B)

A. ✓ The corporation appoints the Secretary of the State of Connecticut and his successors in office to be its agent upon whom any process, in any action or proceeding against it, may be served.

B. Print or type name of agent

Business address: (P.O. Box unacceptable)

Residence address: (P.O. Box unacceptable)

Acceptance of Appointment
Corporation Service Company

By: _____
Signature of Agent

### 13. EXECUTION-REQUIRED: (Subject to penalty of false statement.)
Dated this 17 day of May, 2010.

| Robert P Burke | President | [signature] |
|---|---|---|
| Print or type name of signatory | Capacity of signatory | Signature |

Rev. 2/22/2010

R:\CommercialRecording\CRD WEB FORMS\docs\app for cert of auth - foreign corp.DOC

FILING #0004167439 PG 03 OF 03 VOL B-01407
FILED 05/18/2010 04:16 PM PAGE 01154
SECRETARY OF THE STATE
CONNECTICUT SECRETARY OF THE STATE

# THE REPUBLIC OF THE MARSHALL ISLANDS
### REGISTRAR OF CORPORATIONS

# CERTIFICATE OF GOODSTANDING

I HEREBY CERTIFY, That I have made a diligent examination of the files of the Trust Company of the Marshall Islands, Inc., Registrar of Corporations for non-resident corporations, in respect of all instruments filed in accordance with § 5 of the Marshall Islands Business Corporations Act regarding

**RIDGEBURY TANKERS LTD**
Registration Number 39673

incorporated on

February 22, 2010

and with Registered Agent

The Trust Company of the Marshall Islands, Inc.
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro, Marshall Islands 96960

and upon such examination, I find no filed or recorded instruments that would contravene that such corporation is and remains a subsisting corporation in good standing.



WITNESS my hand and the official seal of the Registry on May 13, 2010.

_____
Deputy Registrar