# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

August 31, 2020

James H. Power
(212) 513-3494
james.power@hklaw.com

*Via ECF*

Honorable Kari A Dooley
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 266
Bridgeport, Connecticut 06604

Re:   *In Re: Seawolf Tankers Inc. et al.*
       U.S.D.C., D. Conn., No. 3:20-mc-00067-KAD

Dear Judge Dooley:

We are attorneys for Seawolf Tankers Inc. ("Seawolf") and Heidmar Inc. ("Heidmar") (Seawolf and Heidmar, collectively "Applicants"). We write today in response to the Court's request during the telephonic conference held on August 28, 2020 at 3:30 pm requesting that Applicants submit their proposed subpoenas seeking the production of documents and deposition testimony from the entities identified in Applicants' Application for discovery for use in foreign proceedings pursuant to 28 U.S.C. Section 1782. Applicants' proposed subpoenas are attached to this letter as follows:

1. Proposed subpoena for the production of documents from Deloitte & Touche LLP. Attached as **Exhibit 1**.

2. Proposed subpoena for the production of documents from Ridgebury Crude Tankers LLC. Attached as **Exhibit 2**.

3. Proposed subpoena for the production of documents from Ridgebury Management LLC. Attached as **Exhibit** 3.

4. Proposed subpoena for the production of documents from Ridgebury Tankers LLC. Attached as **Exhibit 4**.

5. Proposed subpoena for the production of documents from Ridgebury Tankers Ltd. Attached as **Exhibit 5**.

6. Proposed subpoena for deposition testimony from Robert Burke (CEO). Attached as **Exhibit 6**.

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Washington, D.C. |
West Palm Beach

Honorable Kari A Dooley
August 31, 2020
Page 2

7. Proposed subpoena for deposition testimony from Hew Crooks (CFO). Attached as **Exhibit 7**.

We thank the Court for its attention to this matter.

Respectfully submitted,

*James H. Power*

James H. Power

**Copy by ECF to**:
All Counsel of Record

#78057457_v1